UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DALTON HOLLINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:22-cv-00141-JMS-KMB |
| ) | |
| MEGAN CARDOSI, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE

The Defendants, by counsel, appeared for a Telephonic Status Conference on the record on February 2, 2024, with Magistrate Judge Kellie M. Barr. The Plaintiffs, who are *pro se,* failed to appear for the Conference as ordered, and the Court ordered them to show cause in writing filed by February 15, 2024, why they should not be sanctioned for their failure to appear. That Order to Show Cause warned the Plaintiffs that if they did not "adequately show cause for their failure to appear for the Status Conference and also respond to the Defendants' Motion for Summary Judgment, [dkt. 51], the undersigned Magistrate Judge will recommend that the District Judge dismiss this case for failure to prosecute." [Dkt. 58.] To date, the Plaintiffs have not responded to the Court's Order to Show Cause, the Defendants' Motion for Summary Judgment, or requested additional time to do so.

Because of the Plaintiffs' repeated failure to appear and to comply with the Court's orders, the undersigned Magistrate Judge recommends to the District Judge that Plaintiffs' case be **DISMISSED WITHOUT PREJUDICE**. Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a prompt showing of good cause for such failure.

**IT IS SO RECOMMENDED.**

Date: 2/22/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

DALTON HOLLINS
14573 Main Street
Moores Hill, IN 47032

DYLAN HOLLINS
14573 Main Street
Moores Hill, IN 47032

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com

William Dean Young
Lewis And Wilkins LLP
young@lewisandwilkins.com