UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DALTON HOLLINS,<br>DYLAN HOLLINS,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEGAN CARDOSI,<br>KAREN LINDSEY,<br>HEATHER ARNOLD,<br>EMILY YOUNG,<br>SANDRA ANTE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 4:22-cv-00141-JMS-KMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

  The Magistrate Judge issued her Report and Recommendation to Dismiss Without Prejudice on February 22, 2024. Dkt. [61]. The Parties were given the opportunity to file any objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) within fourteen days, but no objections were filed. The Court, having considered her Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

Date: 4/5/2024

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DALTON HOLLINS
14573 Main Street
Moores Hill, IN 47032

DYLAN HOLLINS
14573 Main Street
Moores Hill, IN 47032